1

2

3

4

5

6

7

8                          United States District Court

9                        Eastern District of California

10

11

12  United States of America,

13           Plaintiff,              No. Mag. 05-159 PAN
                                     Detention Order
14        vs.

15  Michael Little,

16           Defendant.

17                                   -oOo-

18  A.   Order For Detention

19       After conducting a detention hearing pursuant to 18 U.S.C. §
    3142(f) of the Bail Reform Act, the Court orders the above-named
20  defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

21  B.   Statement Of Reasons For The Detention

22       The Court orders the defendant's detention because it finds:

23
                 _____    By  a  preponderance  of  the  evidence  that  no
24                         condition   or   combination   of   conditions   will
                         reasonably  assure  the  appearance  of  the  defendant
25                         as required.

26                 x       By clear and convincing evidence that no condition
                         or combination of conditions will reasonably assure

1                    the safety of any other person and the community.

2   C.   Findings Of Fact

3        The Court's findings are based on the evidence which was
    presented in Court and that which was contained in the Pretrial
4   Services Report, and includes the following:

5        __x__      (1)  Nature  and Circumstances of the offense
                         charged.
6
                __x__        (a) The crime.  Improvised motor and shot
7                                            shrapnel  at  former  partner's
                                             business      after     unhappy
8                                            separation;  alters  weapons  to
                                             fully automatic mode.
9
            __x__          (b) The offense is a crime of violence.
10
            _____          (c) The offense involves a narcotic.
11
            _____          (d)  The offense involves a large amount of
12                              controlled substances.

13     __X__      (2)   The   weight   of the evidence against the
                        defendant is high.
14
       _____      (3)   The history and characteristics of the
15                      defendant including:

16         _____  (a)  General Factors:

17              _____     The defendant appears to have a mental
                          condition which may affect whether the
18                        defendant will appear.

19              _____     The defendant has no family ties in the
                          area.
20
                _____     The defendant has no steady employment.
21
                _____     The defendant has no substantial
22                        financial resources.

23              _____     The defendant is not a long time resident
                          of the community.
24
                _____     The defendant does not have any
25                        significant community ties.

26

<table>
<tr><td>1</td><td align="center">x</td><td>Past conduct of the defendant: <u>made and detonated powerful acetylene bombs; once in a trash can at a Stockton park, which he watched from across the street; see page 11 of affidavit.</u></td></tr>
</table>

         x         Past conduct of the defendant: <u>made and detonated powerful acetylene bombs; once in a trash can at a Stockton park, which he watched from across the street; see page 11 of affidavit.</u>

\_\_\_\_\_    The defendant has a history relating to drug abuse.

\_\_\_\_\_    The defendant has a significant prior criminal record.

\_\_\_\_\_    The defendant has a prior record of failure to appear at court proceedings.

(b)   Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

\_\_\_\_\_    Probation.

\_\_\_\_\_    Parole.

\_\_\_\_\_    Release pending trial, sentence, appeal or completion of sentence.

(c)   Other Factors

\_\_\_\_\_    The defendant is an illegal alien and is subject to deportation.

\_\_\_\_\_    The defendant is a legal alien and will be subject to deportation if convicted.

    x    Other: <u>may have psychiatric problem that provoked suspension of FAA pilot's license.</u>

\_\_\_\_\_    (4)   <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

\_\_\_\_\_    (a)   (1) The crime charged is one described in § 3142(f)(1)

1 \_\_\_\_\_    (A) a crime of violence; or

2 \_\_\_\_    (B) an offense for which the maximum
3     penalty is life imprisonment or death; or

4 \_\_\_\_    (C) a controlled substance violation
    that has a maximum penalty of ten
5     years or more; or

6 \_\_\_\_\_    (D) a felony and defendant
    previously was convicted of two or
7     more of the offenses described in
    (A) through (C) above and

8

9     (2) Defendant previously has been convicted
     of one of the crimes listed in
     subparagraph (1)(A)-(C), above and

10

11     (3) The offense referred to in subparagraph
     (2) was committed while defendant was on
     release pending trial and

12

13     (4) Not more than five years has elapsed
     since the date of conviction or release
14      from imprisonment for the offense
     referred to in subparagraph (2).

15 \_\_\_\_\_    (b) There is probable cause to believe that
    defendant committed an offense for which
16     a maximum term of imprisonment of ten
    years or more is prescribed

17

18 \_\_\_\_\_    in the Controlled Substances Act, 21
    U.S.C. §§ 801, et seq.,

19 \_\_\_\_    the Controlled Substances Act , 21 U.S.C.
    §§ 951, et seq.,

20

\_\_\_\_    the Maritime Drug Law Enforcement Act, 46
21     U.S.C. App. §§ 1901, et seq., or

22 \_\_\_\_\_    an offense under 18 U.S.C. §§ 924(c),
    956(a), or 2332b.

23

\_\_\_\_    an offense under 18 U.S.C. §§ 1201, 1591,
24     2241, 2242, 2244(a)(1), 2245, 2251,
    2251A, 2252(a)(1), 2252(a)(2),
25     2252(a)(3), 2252A(a)(1), 2252A(a)(2),
    2252A(a)(3), 2252A(a)(4), 2260, 2421,

26

4

1              2422, 2423 or 2425.

2   D.   Additional Directives

3        Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs
    that:
4
5        The defendant be committed to the custody of the Attorney
    General for confinement in a corrections facility separate, to the
    extent practicable, from persons awaiting or serving sentences or
6   being held in custody pending appeal; and

7        The defendant be afforded reasonable opportunity for private
    consultation with his counsel; and
8
9        That, on order of a court of the United States, or request of
    an attorney for the Government, the person in charge of the
    corrections facility in which the defendant is confined deliver the
10  defendant to a United States Marshal for the purpose of an
    appearance in connection with a court proceeding.

11

12       Dated: June 9, 2005.

13

14                                        /s/ Peter A. Nowinski
                                          Peter A. Nowinski
15                                        Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26