LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

**FILED**

AUG 2 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

OK fth.

ATTORNEYS FOR: Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LITTLE. et. al,<br><br>Defendants, | No. CR. S-05-0249 DFL<br><br>[PROPOSED] ORDER VACATING TRIAL DATE AND TRIAL STATUS CONFERENCE AND SETTING A STATUS HEARING ON OCTOBER 6, 2005 AT 10:00<br><br>EXCLUSION OF TIME. |

[PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Trial Date now set for September 12, 2005 at 8:30 pm is vacated and the matter set for a Status Conference Hearing on October 6, 2005 at 10:00 am.

//

//

//

///

1

Further, the Court finds that time is excluded based upon the representation of the parties and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) to allow sufficient time for counsel to be prepared; [LocalCode T4], until the next appearance, on October 6, 2005 or by further order of this Court.

Dated: 8/26/2005

_____
CHIEF U.S. DISTRICT COURT JUDGE

///

2