LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814         **OK/HAV**
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LITTLE, et. al,<br><br>Defendants, | No. CR. S-05-0249 DFL<br><br>STIPULATION AND [PROPOSED] ORDER RE-SETTING STATUS CONFERENCE HEARING FROM OCTOBER 6 , 2005 AT 10:00 AM TO NOVEMBER 10, 1005 AT 10:00 AM. EXCLUSION OF TIME. |

## [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for October 6, 2005 at 10:00 am be reset to November 10, 2005 at 10:00 am.

//
//
//
//
//
//
//

/ / /

1

1
2   The court is unable to make a finding of excludable time without further
3 information.
4
5
6                                            Dated: 10/20/2005
7
8
9   _____
10  DAVID F. LEVI
11  United States District Judge
12
...
28

LAW OFFICES OF
CHRISTOPHER H. WING
SACRAMENTO, CA.

/ / /

2