# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.    ) | Docket Number:  2:05CR00249-01 |
| ) | |
| Michael LITTLE ) | |

## LEGAL HISTORY:

On February 23, 2006, the above-named was sentenced to 22 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on January 10, 2007. Special conditions included: Warrantless search; Financial disclosure and restrictions; and DNA testing.

## SUMMARY OF COMPLIANCE:

Mr. Little has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Little has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:   Michael LITTLE**
**Docket Number:  2:05CR00249-01**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,


/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**


Dated:        August 6, 2009
              Elk Grove, California
              KMM/cj


**REVIEWED BY**:        /s/ Deborah A. Spencer
                **DEBORAH A. SPENCER**
                **Supervising United States Probation Officer**

cc:   AUSA Richard J. Bender (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:05CR00249-01** |
| ) | |
| **Michael LITTLE** ) | |
| ) | |

On January 10, 2007, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA
United States Probation Officer**

Dated:      August 6, 2009
               Elk Grove, California
               KMM/cj


**REVIEWED BY:**      /s/ Deborah A. Spencer
                            **DEBORAH A. SPENCER
                            Supervising United States Probation Officer**

**RE:   Michael LITTLE
Docket Number:  2:05CR00249-01
ORDER TERMINATING SUPERVISED RELEASE
<u>PRIOR TO EXPIRATION DATE</u>**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 08/28/2009 | /s/ John A. Mendez |
| **Date** | **JOHN A. MENDEZ**<br> **United States District Judge** |

KMM/cj

Attachment:  Recommendation

cc:  United States Attorney's Office